PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. John Russell Watkins            Docket No. 7:17-CR-9-1FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, John Russell Watkins, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 21st day of February, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was released to his third party custodian, Jessica Walters. Ms. Walter's landlord has requested that the defendant move out of this residence due to overcrowding. Due to the third party custodian not being able to provide the defendant with a location to reside, it is respectfully recommended that the defendant be allowed to reside with his mother, Anna Siemers, so that he will have an adequate residence to allow him to be supervised by electronic monitoring technology.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be allowed to reside with his mother, Anna Siemers, until the disposition of this case, unless another acceptable residence presents itself, at which time the court would be notified.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Mark Culp
Mark Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2543
Executed On: March 07, 2017

### ORDER OF THE COURT

Considered and ordered the  7th  day of  March , 2017, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge